IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    PLAINTIFF,

v.                                                             No. 2:02CR20027-001

PAUL DAVID JACKSON,
    DEFENDANT.

## SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full monetary satisfaction is hereby acknowledged of that certain judgment entered on March 7, 2003, in favor of the United States of America, against the above-named defendant. The clerk is hereby authorized to enter full monetary satisfaction of record in this action. The Sebastian County Circuit Clerk is hereby authorized to release the lien filed in the Sebastian County Circuit Clerk's Office on May 2, 2003, at 0301606.

DATED: March 9, 2007.

ROBERT C. BALFE
UNITED STATES ATTORNEY

By: /s/David R. Ferguson
    David R. Ferguson
Assistant U. S. Attorney
Arkansas Bar No. 85052
P. O. Box 1524
Fort Smith, AR 72902
Phone: 479-783-5125
Fax: (479) 441-0569
Email: david.ferguson@usdoj.gov